GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
SBN 229637
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
  Email: valerie.makarewicz@usdoj.gov

Attorneys for United States of America

FILED
CLERK, U.S. DISTRICT COURT

OCT 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CV09-7348 VBF (JCx)

UNITED STATES OF AMERICA,        )   Case No.
                                 )
              Petitioner,        )   [PROPOSED] ORDER TO SHOW CAUSE
                                 )
     vs.                         )
                                 )
SARGIS ISKANDARYAN,              )
                                 )
              Respondent.        )
_____)

     Upon the Petition and supporting Memorandum of Points and

Authorities, and the supporting Declaration to the Petition, the

Court finds that Petitioner has established its prima facie case

for judicial enforcement of the subject Internal Revenue Service

("IRS" and "Service") summonses.  See United States v. Powell,

379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also

Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1

1  1995) (the Government's prima facie case is typically made

2  through the sworn declaration of the IRS agent who issued the

3  summons); accord, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

4  (9th cir. 1993).

5      **THEREFORE, IT IS ORDERED** that Respondent appear before this

6  District Court of the United States for the Central District of

7  California in Courtroom No. ___9___,

8  ___✓___    United States Courthouse
           312 North Spring Street,
9          Los Angeles, California 90012

10

11 _____    Roybal Federal Building and United States Courthouse
           255 E. Temple Street,
12         Los Angeles, California 90012

13

14 _____    Ronald Reagan Federal Building and United States Courthouse
           411 West Fourth Street,
15         Santa Ana, California 92701

16

17 _____    Brown Federal Building and United States Courthouse
           3470 Twelfth Street, Riverside, California 92501

18

19 on December 14, 2009, at ___1:30 p___ .m.

20 and show cause why the testimony and production of books, papers,

21 records and other data demanded in the subject Internal Revenue

22 Service summonses should not be compelled.

23     **IT IS FURTHER ORDERED** that copies of this Order, the

24 Petition, Memorandum of Points and Authorities, and accompanying

25 Declaration be served promptly upon Respondent by any employee of

26 the Internal Revenue Service or by the United States Attorney's

27 Office, by personal delivery or by certified mail.

28

2

1    **IT IS FURTHER ORDERED** that within ten (10) days after

2    service upon Respondent of the herein described documents,

3    Respondent shall file and serve a written response, supported by

4    appropriate sworn statements, as well as any desired motions.

5    If, prior to the return date of this Order, Respondent files a

6    response with the Court stating that Respondent does not desire

7    to oppose the relief sought in the Petition, nor wish to make an

8    appearance, then the appearance of Respondent at any hearing

9    pursuant to this Order to Show Cause is excused, and Respondent

10   shall be deemed to have complied with the requirements of this

11   Order.

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This __14th__ day of __October__, 2009

_Valerie Baker Fairbank_
United States District Judge

Presented By:

GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_Valerie M_ 10/9/09

VALERIE L. MAKAREWICZ
Assistant United States Attorney
Attorneys for United States of America
Petitioner

4